THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SHERIE NORTH RITCHIE,<br><br>Plaintiff,<br><br>v.<br><br>LELAND DUDEK, acting Social Security Commissioner,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING [26] REPORT AND RECOMMENDATION**<br><br>Case No. 2:24-cv-00038-DBB-DBP<br><br>District Judge David Barlow |

The Report and Recommendation[1] issued by United States Magistrate Judge Dustin B. Pead on February 10, 2025, recommends that the court deny Plaintiff's Motion for Review of Agency Action ("Motion") and affirm the Commissioner's decision.[2] Judge Pead recommends denying the Motion because the Commissioner's decision applied the correct legal standards and was supported by substantial evidence.[3]

The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of its service pursuant to 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72.[4] No party filed an objection.

Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the analysis and conclusions of the Magistrate Judge are sound, the Report and Recommendation of Judge Pead is adopted.

---

[1] Report and Recommendation, ECF No. 26, filed Feb. 10, 2025.
[2] *Id.* at 6.
[3] *Id.*
[4] *Id.*

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.[5]

Plaintiff's Motion for Review of Agency Action is DENIED,[6] and the Commissioner's decision is AFFIRMED.

Signed February 25, 2025.

BY THE COURT:

David Barlow
United States District Court Judge

---

[5] ECF No. 26.
[6] ECF No. 18.